United States District Court
Southern District of Texas

**ENTERED**

June 30, 2026

Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION**

| | | |
|---|---|---|
| ADRIAN RAMOS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 2:26-CV-00143 |
| | § | |
| CORPUS CHRISTI INDEPENDENT | § | |
| SCHOOL DISTRICT, *et al.*, | § | |
| | § | |
| Defendants. | § | |

**<u>MEMORANDUM AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE</u>**

Plaintiff Adrian Ramos, proceeding *pro se*, has filed this civil rights action pursuant to 42 U.S.C. § 1983.  (Doc. No. 1.)  At the time he filed this action, Plaintiff submitted an application to proceed *in forma pauperis*.  (Doc. No. 2.)  That handwritten application stated merely that he could not afford the filing fee.  *Id.*  The Court therefore ordered Plaintiff on June 2, 2026 to submit additional financial information and sent him the appropriate form.  (Doc. No. 8.)  The Court ordered Plaintiff to submit the financial information not later than June 12, 2026.  *Id.* Plaintiff failed to respond.  On June 16, 2026, the Court issued an order directing Plaintiff to show cause why this case should not be dismissed for failure to provide the required financial information.  (Doc. No. 9.)  Plaintiff was ordered to provide the information not later than June 26, 2026.  *Id.*  The order warned Plaintiff that his lawsuit could be dismissed if he did not comply.  *Id.* at 2.  Plaintiff again failed to respond.

A district court may dismiss a case for failure to prosecute or comply with court orders. Fed. R. Civ. P. 41(b); *see also Martinez v. Johnson*, 104 F.3d 769, 772 (5th Cir. 1997) ("The district court also has the inherent authority to dismiss an action *sua sponte*, without motion by a

defendant."). To date, Plaintiff has not satisfied the requirements to pursue his 42 U.S.C. § 1983 case. The Court has advised Plaintiff that this action could be dismissed if he failed to comply with the order to provide the financial information. (Doc. No. 8, p. 2.) Plaintiff has repeatedly failed to follow court orders by either paying the filing fee or submitting the required information in support of an application to proceed *in forma pauperis*. For these reasons, the undersigned finds that the dismissal of this case is appropriate. The district court should DISMISS Plaintiff's lawsuit without prejudice pursuant to Federal Rule of Civil Procedure 41(b). The district court should also DENY as moot Plaintiff's motion to proceed *in forma pauperis* (Doc. No. 2).

The Clerk will file this Memorandum and Recommendation and transmit a copy to each party or counsel. Within 14 days after being served with a copy of this Memorandum and Recommendation, any party may file with the Clerk and serve on the United States Magistrate Judge and all parties, written objections, pursuant to Fed. R. Civ. P. 72(b), 28 U.S.C. § 636(b)(1), and General Order No. 2002-13, United States District Court for the Southern District of Texas.

A failure to file written objections to the proposed findings, conclusions, and recommendation in a magistrate judge's report and recommendation within 14 days after being served with a copy shall bar that party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions that are accepted by the district court. *See Douglass v. United Servs. Auto Ass'n*, 79 F.3d 1415, 1428-29 (5th Cir. 1996) (*en banc*).

SIGNED on June 30, 2026.

MITCHEL NEUROCK
United States Magistrate Judge